**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BARTLEY M. MULLEN, JR.,

               Plaintiff,

   v.

LAFAYETTE PARTNERS,

               Defendant.

Case No. 2:22-cv-00322-LPL

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley M. Mullen, Jr., by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Lafayette Partners. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Attorneys for Plaintiff*