## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LAFAYETTE PARTNERS,<br><br>Defendant. | Civil Action No. 2:22-cv-00322-LPL<br><br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

A (ECF No. 14) Notice of Settlement was filed June 7, 2022. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 17th day of June, 2022, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All Counsel of Record.