## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARTLEY M. MULLEN, JR.,

                Plaintiff,

      v.

LAFAYETTE PARTNERS,

                Defendant.

Case No. 2:22-cv-00322-LPL

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Bartley M. Mullen, Jr. hereby voluntarily dismisses with prejudice his claims against Defendant Lafayette Partners.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*